## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATE OF AMERICA,

        Plaintiff,

Case Number: 09-10074

Honorable: Robert H. Cleland

VS.

Claim Number: 1999A17962

DORCAS L. WALLACE AKA DORCUS L. BURM,

        Defendant,
_____/

**PAMELA S. RITTER (P47886)**
Attorney for Plaintiff
Holzman Ritter & Leduc PLLC.
28366 Franklin Road
Southfield, MI  48034
(248) 352-4340
_____/

### ORDER FOR WAGE ASSIGNMENT

At a session of said Court, held in the City of Detroit, Wayne County Michigan on January 30, 2009
Present: HONORABLE_Robert H Cleland_____
U.S. District Court Judge

    In accordance with the Stipulation of the parties: It is hereby ordered that MCLAREN REGIONAL MEDICAL CENTER deduct the sum of $100.00 per pay from the wages of said defendant, DORCAS L. WALLACE AKA DORCUS L. BURM, social security number: XXX-XX- 8919 and transmit such sum to:

        **U.S. Department of Justice**
        **NCIF**
        **P.O. Box 70932**
        **Charlotte, NC  28272-0932**

**Please include account number 1999A17962**

This wage assignment is to remain in effect until the balance of **$4,867.77 plus accruing interest** is satisfied. The office of HOLZMAN RITTER & LEDUC PLLC., Attorney for UNITED STATES OF AMERICA will notify MCLAREN REGIONAL MEDICAL CENTER when the remaining balance is less than $100.00 so that no overpayment is created.

A copy of this order is to be served upon MCLAREN REGIONAL MEDICAL CENTER Payroll Department.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: January 30, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 30, 2009, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522